# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2651 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 142 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 85182 |
| | : | |
| JASON MICHAEL PURCELL, | : | (Northumberland County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of October, 2019, upon consideration of the Report and Recommendations of the Disciplinary Board, Jason Michael Purcell is disbarred from the Bar of this Commonwealth, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).